IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 02-266 (SEC) |
| V. | |
| VICENTE CASTRO (#4). | |
| Defendant. | |

## MOTION TO RESTRICT

TO THE HONORABLE SALVADOR E. CASELLAS, SENIOR U. S. DISTRICT JUDGE:

Comes now the above-captioned defendant through his undersigned counsel and respectfully states and prays:

Mr. Vicente Castro Taveras informs the Honorable Court that he will file a motion that should be solely read by selected parties for the reasons set forth therein and should remain as such.

WHEREFORE, Mr. Vicente Castro Taveras respectfully prays that this motion to restrict the motion to be filed subsequent to this one be granted.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico this 12th day of July, 2013.

I hereby certify having filed this motion on this day through the Honorable Court's CM/ECF Filing system, which will notify all pertinent parties to this matter.

S/Frank D. Inserni Milam
FRANK D. INSERNI MILAM
USDC-PR BAR#127807/PRSC BAR# 6899/PR BAR# 8166
PO BOX 193748, SAN JUAN PR 00919-3748
TEL. (787) 763-3851/759-7572, FAX (787) 763-5223
E-mail: finserni@gmail.com