IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA /
/
VS.                      /        CR. 02-266 (SEC)
/
VICENTE CASTRO           /
_____/

INFORMATIVE MOTION

TO HONORABLE SALVADOR CASELLAS, SENIOR U.S. DISTRICT JUDGE

THIS IS TO INFORM THE COURT THAT AFTER A SECOND ATTEMPT TO SALVAGE THE THE CHANGE OF PLEA AND SENTENCING HEARING IN THE ABOVE ENTITLED CASE, I WAS UNABLE TO RECOVER THE NOTES.

S/ DIANE BREAZ