IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 02-266 (SEC) |
| V. | |
| VICENTE CASTRO (#4). | |
| Defendant. | |

## MOTION TO RESTRICT

TO THE HONORABLE SALVADOR E. CASELLAS, SENIOR U. S. DISTRICT JUDGE:

Comes now the above-captioned defendant through his undersigned counsel and respectfully states and prays:

1. Mr. Vicente Castro Taveras informs the Honorable Court that he will file a motion that should be solely read by selected parties on account of it containing matters of a confidential nature that if made public can negatively affect such interests.

2. The matters contained in the document to be filed under the sought restriction are of exclusive interest to the parties in the captioned criminal case and no other defendant, whose cases have been closed for more than ten years.

WHEREFORE, Mr. Vicente Castro Taveras respectfully prays that this motion to restrict the motion to be filed subsequent to this one be granted.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 13th day of January, 2014.

I hereby certify having filed this motion on this day through the Honorable Court's CM/ECF Filing system, which will notify all pertinent parties to this matter.

**Frank D. Inserni Milam**
FRANK D. INSERNI MILAM
USDC-PR BAR#127807/PRSC BAR# 6899/PR BAR# 8166
PO BOX 193748, SAN JUAN PR 00919-3748
TEL. (787) 763-3851/759-7572, FAX (787) 763-5223
E-mail: **finserni@gmail.com**


S/ Rossana M. De-Castro-González
**Rossana M. De-Castro-González**
USDC-PR BAR NUMBER: 210711
P.O. Box 361825
San Juan, PR 00936-1825
787-767-1661; Fax: 787-754-8221
Email: rossanadecastro@gmail.com

2