IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
Plaintiff                                                              **CRIM NO. 02-266 (SEC)**

    v.

**VICENTE F. CASTRO-TAVERAS**
Defendant

**UNITED STATES' MOTION FOR VOLUNTARY DISMISSAL**

**TO THE HONORABLE COURT:**

COMES NOW, the United States of America through the undersigned attorneys and respectfully alleges and prays as follows:

1. On October 16, 2017, the United States filed a notice of appeal in the above-captioned case. (DE 710).

2. The United States subsequently determined that pursuing an appeal will not be in the interest of justice in this case.

3. A review of the docket today, November 3, 2017, shows that the appeal has not yet been docketed with the First Circuit Court of Appeals.

4. Federal Rule of Appellate Procedure 42(a) provides that, "[b]efore an appeal has been docketed by the circuit clerk, the district court may dismiss the appeal … on the appellant's motion with notice to all parties."

**WHEREFORE**, in view of the foregoing, the United States requests that the instant motion be GRANTED and the United States' appeal be voluntarily DISMISSED.

2

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of November, 2017.

                                              **ROSA EMILIA RODRÍGUEZ-VÉLEZ**
                                              United States Attorney

                                              /s/ <u>Mainon A. Schwartz</u>
                                              Mainon A. Schwartz – G02401
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Torre Chardón, Suite 1201
                                              350 Carlos Chardón Ave.
                                              San Juan, Puerto Rico 00918
                                              Tel. (787) 766-5656

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was uploaded today, November 3, 2017, to the Court's website using the CM/ECF system, which will generate a true and correct copy to the attorneys of record.

/s/ Mainon A. Schwartz
Assistant United States Attorney